UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

-----------------------------------

| | |
|---|---|
| Dmitri D. Russell, | File No. 05-244    PAM/RLE |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Anoka-Hennepin Independent School District No. 11, | |
| Defendant. | |

-----------------------------------

Pursuant to the Stipulation for Dismissal with Prejudice which has been executed and submitted by the parties, the above-referenced action may be and hereby is dismissed with prejudice, without an award of costs or fees to any party, and that a judgment of dismissal with prejudice, and on the merits shall be entered pursuant to the Stipulation and without further notice.

**IT IS SO ORDERED.  LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:   October   13   , 2005

                                                    s/Paul A. Magnuson
                                                   Hon. Paul A. Magnuson
                                                   Judge, U.S. District Court